# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**

**OSMAN EDGARDO CUBAS-ALVARENGA**

_____/

<u>**INDICTMENT**</u>

3:26·cr· 19/TKW

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about January 1, 2025, and on or about February 5, 2026, in the Northern District of Florida and elsewhere, the defendant,

**OSMAN EDGARDO CUBAS-ALVARENGA,**

did knowingly and intentionally employ, use, persuade, induce, and entice "Minor Female 1" to engage in, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and attempt to employ, use, persuade, induce, and entice "Minor Female 1" to engage in, with the intent that such minor engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce, and was transported and transmitted in and effecting interstate and foreign commerce.

Returned in open court pursuant to Rule 6(f)

2/18/2026

Date

United States Magistrate Judge

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TWO

On or about February 5, 2026, in the Northern District of Florida, the defendant,

## OSMAN EDGARDO CUBAS-ALVARENGA,

did knowingly possess material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that was produced using materials that had been shipped and transported in interstate and foreign commerce, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT THREE

On or about February 5, 2026, in the Northern District of Florida, the defendant,

## OSMAN EDGARDO CUBAS-ALVARENGA,

an alien who had previously been excluded, deported, and removed from the United States on or about March 1, 2017, and April 5, 2018, was found to be unlawfully in the United States, having not obtained the consent of the Secretary of the Department of Homeland Security to reapply for admission to the United

2

States.

In violation of Title 8, United States Code, Section 1326(a).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253. From his engagement in the violations alleged in Counts One and Two of this Indictment, the defendant,

## OSMAN EDGARDO CUBAS-ALVARENGA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

A.    Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

B.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One and Two of this Indictment; and

3

C.    Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offenses alleged in Counts One and Two of this Indictment.

D.    The property referenced in subparagraphs A, B, and C above includes, but is not limited to, computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools, equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

  i. cannot be located upon the exercise of due diligence;

  ii. has been transferred or sold to, or deposited with, a third person;

  iii. has been placed beyond the jurisdiction of the Court;

  iv. has been substantially diminished in value; or

  v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

A TRUE BILL:

_____
FOREPERSON

_2/18/2026_
DATE

_____
JOHN P. HEEKIN
United States Attorney

_____
DAVID L. GOLDBERG
Assistant United States Attorney

5